■ Matter of MICHAEL CANCILLA, for Reinstatement to the Practice of Law in the State of New York. [42 NYS3d 890]—Order entered reinstating Michael Cancilla to the practice of law. Present—Centra, J.P., Peradotto, Lindley, Curran and Scudder, JJ. (Filed Dec. 6, 2016.)

■ Matter of BARRY S. DOLGOFF, for Reinstatement to the Practice of Law in the State of New York. [42 NYS3d 881]—Order entered reinstating Barry S. Dolgoff to the practice of law. Present—Smith, J.P., Carni, DeJoseph, NeMoyer and Troutman, JJ. (Filed Dec. 6, 2016.)

■ Matter of WON SEOK KWAK, an Attorney, Resignor. [42 NYS3d 881]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Carni, DeJoseph, NeMoyer and Troutman, JJ. (Filed Dec. 5, 2016.)

■ Matter of SUSAN LUGO McCUE, an Attorney, Resignor. [42 NYS3d 881]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Carni, DeJoseph, NeMoyer and Troutman, JJ. (Filed Dec. 7, 2016.)

■ Matter of NANCY M. LANGER, an Attorney, Resignor. [42 NYS3d 881]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Carni, DeJoseph, NeMoyer and Troutman, JJ. (Filed Dec. 21, 2016.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HARRY AYRHART, Appellant. [42 NYS3d 918]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Centra, Lindley, Curran and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH ALBERT, Appellant. [42 NYS3d 922]—Motion for writ of error coram nobis and for other relief denied. Present—Whalen, P.J., Centra, Peradotto, Curran and Troutman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JALAAL PEOPLES, Appellant. [42 NYS3d 921]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Centra, Carni, Lindley and DeJoseph, JJ.